

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00322-CV

**AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC.**
d/b/a American Medical Response a/k/a AMR; Noah Wood Lora,
Jose Carlos Gamez; and Donna Hay n/k/a Donna Gilbert,
Appellants

v.

John **SEXTON**, Individually and as Independent Administrator
of the Estate of Jackson Sexton, Deceased; and Tracy Sexton,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-05743
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the Agreed Motion to Dismiss is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against the parties who incurred them.

SIGNED May 21, 2014.

_____
Catherine Stone, Chief Justice